UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-21127-FAM   (Moreno / Louis)

JESUS GONZALEZ, an individual,

    Plaintiff,

vs.

CHINATOWN HOTEL CORPORATION,
a foreign corporation,

    Defendant.
_____/

## DEFENDANT'S OFFER OF JUDGMENT

Defendant, CHINATOWN HOTEL CORPORATION, a foreign corporation, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 68, hereby makes the following offer to Plaintiff:

1. Defendant offers to allow judgment to be taken against it, and in favor of the Plaintiff, for the following relief:

    a. A declaration that Defendant's Website (and other online reservation platforms, as applicable) is owned, leased, operated, and/or controlled by Defendant in violation of the ADA;

    b. An Order requiring Defendant, by a date certain, to permanently implement policies, practices, procedures, including online content, consistent with the mandates of the 2010 ADAAG Standards on its Website (and other online reservation platforms, as applicable);

    c. An Order prohibiting Defendant from maintaining or controlling content on any website through which it is offering online reservations for any hotel that it owns or operates, unless such website and online reservation system fully comply with 28 C.F.R. §36.302(e)(l);

    d. An award to Plaintiff of his reasonable attorney's fees, costs and litigation expenses;

    e. An award of compensatory damages deemed just and appropriate to Plaintiff; and

    f. Such other and further relief as the Court deems just and equitable

Dated:  June 17, 2019                     Respectfully submitted,
         Boca Raton, FL

                                            *s/ Daniel R. Levine*
                                            DANIEL R. LEVINE, ESQ.
                                            Florida Bar No. 0057861
                                            E-Mail:  DRL@PBL-Law.com
                                            Padula Bennardo Levine, LLP
                                            3837 NW Boca Raton Blvd., Suite 200
                                            Boca Raton, FL   33431
                                            Telephone:   (561) 544-8900
                                            Facsimile:    (561) 544-8999
                                            Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Jesus Gonzalez v. Chinatown Hotel Corporation*
Case No. 1:19-cv-21127-FAM   (Moreno / Louis)
United States District Court, Southern District of Florida

| | |
|---|---|
| Hector V. Ramirez, Esquire<br>E-Mail:   ramirez@nklegal.com<br>Law Offices of Nolan Klein<br>One E. Broward Blvd., Suite 1500<br>Fort Lauderdale, FL   33301<br>Telephone:    (954) 745-0588<br>Counsel for Plaintiff<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail:   DRL@PBL-Law.com<br>Padula Bennardo Levine, LLP<br>3837 NW Boca Raton Blvd., Suite 200<br>Boca Raton, FL   33431<br>Telephone:    (561) 544-8900<br>Facsimile:    (561) 544-8999<br>Counsel for Defendant<br>*Via CM/ECF* |